04MBD 10029

AO 451 (Rev.12/93) Certification of Judgment

# UNITED STATES DISTRICT COURT

<u>     Southern     </u> DISTRICT OF <u>     Texas     </u>

David W Harris

V.

Edwin A McCabe, Karren McCabe
and TMG Holdings, LLC

**CERTIFICATION OF JUDGMENT
FOR REGISTRATION IN
ANOTHER DISTRICT**

Case Number: H-03-1393

I, <u>   Michael N. Milby   </u> Clerk of the United States district court certify that the attached judgment is a true and correct copy of the original judgment entered in this action <u>  11/19/2003  </u>, as it
                                                                                                                              Date

appears in the records of this court, and that
no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.

**IN TESTIMONY WHEREOF,** I sign my name and affix the seal of this Court.

<u>   12/19/2003   </u>
        Date

MICHAEL N. MILBY

Clerk

*(signature)*

(By) Deputy Clerk

\*Insert the appropriate language: ..."no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed." ..."no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure (†) have been disposed of, the latest order disposing of such a motion having been entered on [date]." ..."an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]. ..."an appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

(†Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | | |
|---|---|---|---|
| DAVID W. HARRIS | § | | United States Courts<br>Southern District of Texas<br>ENTERED |
| | § | | |
| V. | § | C.A. H-03-1393 | NOV 1 9 2003 |
| | § | | |
| EDWIN A. McCABE, KARREN | § | | Michael N. Milby, Clerk of Court |
| McCABE and TMG HOLDINGS, LLC | § | | |

## FINAL JUDGMENT

It is Ordered and Adjudged that Plaintiff have and recover $179,261.50 from Defendants Karren McCabe, and TMG Holdings, LLC, which amount includes $158,218.00 of unpaid principal, $19,466.00 of accrued prejudgment interest, and $1,577.50 of attorneys' fees.

It is further Ordered and Adjudged that each of Karren McCabe and TMG Holdings, LLC is jointly and severally liable to Plaintiff for the full amount of $179,261.50.

It is further Ordered and Adjudged that Plaintiff have and recover postjudgment interest on the $179,261.50 at the rate of 1.10% *per annum* from the date this judgment is entered until the date this judgment is paid.

This judgment finally disposes of all parties and all claims against Karren McCabe and TMG Holdings, Inc., and the Court denies all relief against those defendants not granted in this judgment.

The Court orders execution to issue for this judgment.

Signed on ~~October~~ November 18, 2003, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge

TRUE COPY I CERTIFY
ATTEST: 11-20-03
MICHAEL N. MILBY, Clerk of Court
By: _____
Deputy Clerk

13

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
ENTERED

NOV 1 9 2003

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| DAVID W. HARRIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-03-1393 |
| | § | |
| EDWIN A. McCABE, KARREN | § | |
| McCABE, and TMG HOLDINGS, L.L.C., | § | |
| | § | |
| Defendants. | § | |

## ORDER

It is ordered and adjudged that plaintiff's claim against Edwin A. McCabe is hereby severed from this proceeding.

Because of the stay under 11 U.S.C. § 362(a)(1), this case is dismissed without prejudice. Plaintiff may reinstate this case upon notice to this court of the discontinuance of the stay under 11 U.S.C. § 362(c)(2), provided such notice is filed within 30 days after the bankruptcy stay is discontinued.

SIGNED on November 18, 2003, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge

TRUE COPY I CERTIFY
ATTEST: 11-20-03
MICHAEL N. MILBY, Clerk of Court
By_____
Deputy Clerk

12